IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and | ) | |
| THE STATE OF INDIANA, | ) | |
| Plaintiffs | ) | |
| | ) | Civil Action No. 3:13-cv-00030-RLY-WGH |
| v. | ) | |
| COUNTRYMARK REFINING AND LOGISTICS, LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Now comes Jessica Reiss of Barnes & Thornburg LLP, and hereby files a notice of substitution of counsel in place of Anthony C. Sullivan pursuant to Local Rule 83-7(c) on behalf of Defendant, Countrymark Refining and Logistics, LLC,.

Dated: March 31, 2026

Respectfully submitted,

BARNES & THORNBURG LLP

By:__/s/ Jessica Reiss______________

Jessica Reiss (30098-49)
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7311
Facsimile: (317) 231-7433
Email: Jessica.reiss@btlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 31st day of March, 2026 and served electronically on all parties that filed appearance via the Court's electronic filing system.

/s/ Jessica Reiss______________
Jessica Reiss